Pfeifer, J.,
concurring. This case is confusing because we generally associate venue with the situs of a crime. However, appellate jurisdiction does not comport with our common understanding of venue; appellate jurisdiction is constitutionally grounded in the location of the lower court. Section 3(B)(2), Article IV of the Ohio Constitution. Therefore, even though Fostoria Municipal Court is the proper venue for crimes occurring in portions of three different counties (Wood, Hancock, and Seneca) and two different appellate districts (the Sixth and the Third), appellate jurisdiction of the decisions of the Fostoria Municipal Court is proper only in the Third Appellate District.
Barbara Dibble, Fostoria Assistant City Prosecutor, for appellee.
Kohler & Kohler Law Offices and Richard A. Kohler, for appellant.